HARVEY P. SACKETT (72488)

SACKETT AND ASSOCIATES
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ALLEN LEE FOX, ) | Case No:  2:13-cv-01295 EFB |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that: (1) Plaintiff shall have a first extension of time of (45) days up through and including Monday, February 10, 2014 in which to e-file his Motion for Summary Judgment; and (2) Defendant shall file any opposition, including cross-motions, on or before March 12, 2014. This extension is necessitated by the number of cases (8) the firm presently has pending before this and other district courts that require briefing.

BENJAMIN B. WAGNER
United States Attorney

Dated: December 13, 2013           /s/JEAN M. TURK
                                   JEAN M. TURK
                                   Special Assistant U.S. Attorney
                                   Social Security Administration


Dated: December 13, 2013           /s/HARVEY P. SACKETT
                                   HARVEY P. SACKETT
                                   Attorney for Plaintiff
                                   ALLEN LEE FOX


IT IS SO ORDERED.

Dated:  December 17, 2013.         _____
                                   EDMUND F. BRENNAN
                                   UNITED STATES MAGISTRATE JUDGE

2