HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ALLEN LEE FOX, | Case No: 2:13-cv-01295 EFB |
| Plaintiff, | |
| v. | STIPULATION AND PROPOSED ORDER |
| CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration, | |
| Defendant. | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that: (1) Plaintiff shall have a second extension of time of (14) days up through and including Monday, February 24, 2014 in which to e-file his Motion for Summary Judgment; and (2) Defendant shall file any opposition, including cross-motions, on or before March 26, 2014. This extension is necessitated by the number of cases (6) the firm presently has pending before this and other district courts that require briefing.

BENJAMIN B. WAGNER
United States Attorney

Dated: February 6, 2014                     /s/JEAN M. TURK
                                            JEAN M. TURK
                                            Special Assistant U.S. Attorney
                                            Social Security Administration


Dated: February 6, 2014                     /s/HARVEY P. SACKETT
                                            HARVEY P. SACKETT
                                            Attorney for Plaintiff
                                            ALLEN LEE FOX


IT IS SO ORDERED.

Dated:  February 10, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2