HARVEY P. SACKETT

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

/jgl

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN LEE FOX, ) | No.: 2:13-cv-01295 EFB |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that:  (1) Plaintiff shall have a third and final extension of time of (30) days up through and including Wednesday, March 26, 2014 in which to e-file his Motion for Summary Judgment; and (2) Defendant shall file any opposition, including cross-motions, on or before April 25, 2014.  This extension is necessitated by the need for Plaintiff to retain new counsel, and the concomitant time required to become familiar with the case, and prepare Plaintiff's Motion for Summary Judgment.

    All deadlines will be extended accordingly.

1

BENJAMIN B. WAGNER
United States Attorney

Dated: February 24, 2014          */s/JEAN M. TURK*
JEAN M. TURK
Special Assistant U.S. Attorney
Social Security Administration
Attorney for the Defendant


Dated:  February 26, 2014         */s/HARVEY P. SACKETT*
HARVEY P. SACKETT
Attorney for Plaintiff
ALLEN LEE FOX


IT IS SO ORDERED.

Dated: February 26, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE