HARVEY P. SACKETT (72488)
SACKETT AND ASSOCIATES
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/jgl

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ALLEN LEE FOX, ) | No.: 2:13-cv-01295 EFB |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL |
| CAROLYN W. COLVIN, ) Acting Commissioner, Social Security ) Administration, ) | |
| Defendant. ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this matter be dismissed in its entirety without prejudice.  Each party shall bear their own attorney's fees and costs.

///

///

///

1
STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated:  March 25, 2014 | /s/JEAN M. TURK<br>JEAN M. TURK<br>Special Assistant U.S. Attorney<br>Social Security Administration<br>Attorney for the Defendant |
| Dated:  March 31, 2014 | /s/HARVEY P. SACKETT<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>ALLEN LEE FOX |

IT IS SO ORDERED.

Dated:  March 31, 2014.

*[signature: Edmund F. Brennan]*

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2
STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL